IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 25 2021
JEFFREY P. COLWELL
CLERK

Bradley Crow, Plaintiff

v.

Colorado department of corrections,
Warden Jeff Long,
HSA Vicky Nira,

_____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A.     PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Bradley Crow 183591 Po Box 6000 Sterly Co, 80751
(Name, prisoner identification number, and complete mailing address)

Bradley Rose
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_X_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) _____


**B.     DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Colorado department of Corrections
(Name, job title, and complete mailing address)

1250 Acadamy park loop Colorado Springs Co

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes _X_ No (*check one*). Briefly explain:

_____

_____

Defendant 1 is being sued in his/her ___ individual and/or _X_ official capacity.

2

Defendant 2: <u>Warden Jeff long Sterly Correctional facility</u>
(Name, job title, and complete mailing address)   Warden/
<u>Po box 6000 Sterly Co 80751</u>

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes _X_ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ___ individual and/or _X_ official capacity.

Defendant 3: <u>Vicky Nira HSA of Sterly Correctional facility</u>
(Name, job title, and complete mailing address)
<u>Po box 6000 Sterly Co 80751</u>

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes _X_ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her _X_ individual and/or _X_ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_   42 U.S.C. § 1983 (state, county, and municipal defendants)

___   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___   Other: (*please identify*) _____

3

D.  STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: I Have included seperat written Statments

Supporting facts:

Colorado department of corrections

Claim unconstitutinal conditions of confinment Allowing staff at stery correctnal facility to lock me dow 23 Hours a day no Reck no intigration with others violated State statutes 24.4.1 101 tHRU 24.4.1.304 By Allowing scf to deny me acess to crime victem Rights using covid-19 to carry out unconstitutnl acts Allow staff to us covid to carry on cruel unusual punishmnt HSA vicky NRA creaty unsafe Hamful prison conditions

Refusy me acess to all med services for 10 months Refusy me crime victem Rights to acess med attention to fix injuries from by attacked deliburt Indifrnce By intentionall unlawfuly delayy med treatment after Bey Atoexed in may 2020

Warden Jeff long

unconstitutnal Conditions of confinemnt Allowy staff to use covid to violate State law 24.4.101 tHRU 24.4.1 304 Refusy to transfer me to new facinty after Bin attacked 5 times

### E.   PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ___ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _Barry Leto_

Docket number and court: _20-01242-mell_

Claims raised: _deliberat Indifere_

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) _pendg_

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

### F.   ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

  _X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

  _X_ Yes ___ No (*check one*)

5

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

I Have labled Request for Relife In Wrttten Responces

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Bradley Crow_
(Plaintiff's signature)

_1-15-20_
(Date)

(Form Revised December 2017)

6

D Statment of claims

VICKY NRA deliberet indifrere Refusal to provide adequat medice Attention for 8 months she has had exrays that clearly show I need medicle Intervention to fix the damege to my Hip caused from Bery Attack. She is the HSA she is the person who scheduals appointments set up consults she has been directly told by nurses who have performed assesmit on me that there is a prevlent continal grinding in my pelvis from my femer rubing on nel grinding on my pelvis damagey both bones is it extremly painfull she has perpousfully delayed my acess to adequite medicle attention to fix injures to my head, Hip, as of may when I was Attackt Have not been provided with any med treatment 8 months Iv been requesting thru multiple kites. Requesty med. attention to fix my Injures I was told I was scheduled to see the provider and no show nobody brought me to provider to be assissed I have requested beter pain meneg mint Because complex nature of the injury tylonoll and Ib profin Are not

## Statement of Claims 1

2

sufficant pain relivers to deal with
I Have Made Her aware she
is violeting Colorado State laws by
Refusing me acess to medical services
to fix inturies 8 months delay
an medical treatment Has caused me
extreme psycological truma as well as
extreme pain & suffy. Al turky vs
Robbinson applies Here 8 months
SHE Has Had XRays showing the
girdle stone was damaged Beyond Repair
You can see it floating away from
my femer and pelvis what Baffles me
is I Have Recive zero medical services
to fix the injury Instead Iv Been treated
as if they Ignore it long enough my
inturies will go away this prolonged expose
to extreme pain caused by inturies is
tandem omount to cruel unusual punisuness
whike the delay is in med treatment is not
life threting it left me bed ridden unable to
do physicle therepy causing serious unwantan pains
Refusin me acess to medical services
is a violation of Crime victems Rights
gavenered under colorado law full stop
I Have filed arevens they seem to
think that this pandemic takes

6

D] Statement of Claims                                    3

Takes our constitutional Rights away this is obvious tHEY ARE illegaly and unconstitutnally using covid 19 - to deny acess to med services this is a fact as of Right now Colorad department of correctiong is Beng sued Because tHEY ARE Carring out unconstitutnal act and usug covid 19 - to violate offender rights. this is not a acusitor aligation this is a fact my Allcgation are seperat from tHis lawsuit my suit is speccificly taylered to the fact that I was bruttaly asulte 4 times suffored serious pHisicle Injury and mrs vick Nims Has Refused to do Her Job and make sure my crime victems Rights were carried out speecificle ned attention to fix tHE serious injuries ceused By Beng Attacked instead Iv. Been segeregated locked dow 23½ day. no Ree tHEY ve told. me Covd-19 Gives tHEm Right to not provide adeguat med Attention SHE Has Been violating Colorado state statutes 24.4.1 101 tHRU 24.4.1.304.

## G Request Relif

4

To Remedy this situation I am seeky Court ordered injunction and monitary compensation.

1. Court order injunction to compell Mrs Vicky Nira to provid Beter pain manegment, Imidiat Appointment with facility provider and Imidiat aproval of any outsid consults to fix injuries

2. I would like written assurorane Mrs Nira will ~~not~~ d-cease and disist usey coud-19 to Refuse acess to med services.

3. I would like monitary compinseta for deliberet indiference, perpovefully unconstitutnelly delay in med services which has couse prolonged 9 month Sever pain suffey, psycological emotinal trama, future pain and suffer for futur pain suffy for surgurver to fix senouse inuries sustained from Beng attacked on me of 2020

Bradley Crow #
185391
PObox 6000 Sterling CO

Statment of Clams

Claim Cruel unusual punishment
I Have Contacted Warden Jeff long
I was brutally attacked in may
of 2020 I was attacked by
211 gang member because warden
long went along with unit 4
C/O who Run OCA program violating
AdA protocols and Hired offender
Vavra as OCA who 211 gang
member I am gay 211 gang
members Attack carry by brutal Assults
on offenders who are 1961 Q gang
members per AR 750-04, gang members
are expressly in English prohibited from
Becoming OCAS due to them ASSLifting
or taky advantage of ADA offenders.
either way I made SCF staff aleave
that my OCA was 211 gang member
and I was told and I was told if
He wouldnt do the Job they would write
Him up and fire Him I simple Requested
a diffent OCA but was Refise by.
Go Bedsaul due to the officers writing
Him up and firy Him He came in
my Room and Brutally Assulted
me He caused serious body injury
He Ruptured my sinus damaged
my eye completly destroyed the gride

Stone in my Right Hip this is a device that seperates my femer from Ruby on or grindy on my pelvis. black outs Random nose bleeds and a lump on my fourHead that Has continued to grow since May. I Have been provided with zero medical Attention for 8 months Sterly correctmeal facility Has Refused to provide me my crime victim Right to acess to medical Attention to fix injuries I am still injured to date after Laura Attacked me. I was subsiguantly Attacked 2 more times makg my Injuries worse they decided to segregate me locke me dow 24-23 Hours a day in unit 5 and Refused me my ADA acomidations they violated state law By keeping me segregated and locked In unit 5 for 7½ months white Being Refused my ADA Accomidations this is cruel unusual punishment I am locked dow for 23 Hours a day and do not get Rec acess or acess to any programs at All warden long. Has Been made aware of unconstitutinal acts Being carried out on me and Has made no attempt to stop the constitunal Rights Violations or stoped c/o from lockg

Statues of Claims                                      3

me down for 24 R3 hours a day for 8 months. They keep saying I'm on list to be transported to diffrent facilty but they have made no attempt at any such movment this cruel unusal punishment treatment has caused serious documented mental health eppisodes it is unconstitutinal and violates colorado laws passed to prevent DOC from locking people down. 23-1 for 14 days. I've Been subjugated to these unconstitutnal acts for 8 months. Warden long has direct knowlege of my situation and has Been deliberetly indiferent and has allowed his staff to violate my rights he allows them to blentantly participate in violating colorado laws to prevent long term lock downs and would protect my right to my ADA Accomidations. He was made directly awere thru kites and letters I'v even wrote executive prison director about this situation. Warden long is allowing his staff to use covid-19 to unethicly provid his staff a means to us the pandemic as a tool to alow them to violate ore


4

Constitutinel Rights Iv Had 23 negative covid tests since may there is no reason I should Be denied acess to a prioratized prizon transfer instead they factuall Have locked me down for 23½ day for 8 months Refused me acess to all programs and services and forced cruel unusual punishment By locked down 23½ day for 8 months ther is no qualified Imnounity in the state of colcred due to SB20 Being pased this year a clam of qualified imunity will be mute I'm not looky for monitery damages from Warden Jeff long I'm looky for court ordered injuntion to force mr Warden Jeff long to prioritize an Immidict transfer to a prison where I wont Be subjugated to multiple Colerado law violations cruel unusual punishment will Be ended and I will Be alowed to intigret with other offenders as my safty will not Be in Jepedy as it is in SCF

Bradley Crow 183591
PO box 6000 Sterling Co

Defendant 3   Statement of claim
Colorado Department of corrections
I Have contacted Executive prison dir
THE Colorado O.I.G victim Rights Coordinator
I Have Contacted Executive med dir
All with no. THESE ARE THE top officals
at THE Colorado department of corrections
In may I was brutally Attacked
by 5 different people I Have sustain
multiple serious injuries for 8 months
Colorado department of corrections Has
Allowed its facilities Sterling correctional
facility to use covid-19 to carry out
unconstitutional Acts that violate my
Rights Cruel unusual punishment
By locking me down 23-23 1/2 a day
wich has been gon on for 9 months
THEY Have used Covid 19 to make
prison conditions unconstitutional By
denying acess to Rec Library Legal
services, other programs and services
They Have Allowed Sterly Correctional
facility to violate Colorado state statuetes
24.4.1 101 thru 24.4.1-304 by
using covid 19 to deny me acess to
Medical services to compleny deny me
acess to medicle services to fix THE
serious injuries I sustained from
bey attacked sine I was Attacked in
May of 2020 I Have Received
ZORO O medicle Attention to fix
injuries sustained from By attack

# G Request for Relief

THES actions are unconstitutional and violate Colorado State laws
I'm not looking for monitary damages
I'm looking cart ordered injunction against THE Colorado of Department of corrections.

1. Imidiat transfer to different facility
2. Court order for Imidiat med Attension to fix injuries sustained
3. Court order Injunction to prohibit CDOC from not Allowing me to Acess programs and services Rec, library, Medicle as long as I test negative for covid-19
4. Court ordered injunction to prohibit 23 Hour a day lock downs
5. I would like written Assurace from CDOC THAT THEY Will Imidietly cease Abuses and unconstitutional and Colorado law violations I would like to note I have followed grevere process.
6. I Request All Relife Allowed Under the Rule of Colorado law

Grevous ARE
1. C-SF 2021-00175329
   C-SF 2021-00161939
   R-SF 2021-00181815
   Bredy croco 183541

P.O box 6000

